NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000094**
**20-JUN-2013**
**10:28 AM**

NO. CAAP-13-0000094

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
TARYLL L. MOORE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-12-012204)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on February 15, 2013, Defendant-Appellant Taryll L. Moore (Appellant) filed a notice of appeal;

(2) the record on appeal was filed on April 5, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due April 15, 2013 and the opening brief was due May 15, 2013;

(3) Appellant did not file either document;

(4) on May 29, 2013, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawaiʻi Rules of Appellate Procedure, the matter would be called to the attention

of the court on June 10, 2013 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:     Honolulu, Hawai'i, June 20, 2013.

Chief Judge

Associate Judge

Associate Judge